

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2020

No. 04-20-00351-CV

**IN THE INTEREST OF T.E.C., ET AL CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01552
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant, Teodoro C., filed his brief on October 26, 2020 along with a motion to exceed the word limit by 702 words. The motion is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court